**'07 CIV 7428**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

AQUAROOTS SHIPPING CO. LTD.,

        Plaintiff,

- against -

HANJIN TRANSPORTATION CO. LTD. d/b/a
HANJIN CO. LTD.,

        Defendant.
------------------------------------------------------------X

Judge Berman

07 Civ. _____

ECF CASE

RECEIVED AUG 21 2007 U.S.D.C. S.D. N.Y. CASHIERS

## DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

        NONE.

Dated: August 21, 2007
       Southport, CT

                  The Plaintiff,
                  AQUAROOTS SHIPPING CO. LTD.

            By: _____
                  Nancy R. Peterson (NP 2871)
                  Patrick F. Lennon (PL 2162)
                  LENNON, MURPHY & LENNON, LLC
                  The Gray Bar Building
                  420 Lexington Ave., Suite 300
                  New York, NY 10170
                  (212) 490-6050
                  facsimile (212) 490-6070
                  nrp@lenmur.com
                  pfl@lenmur.com