Richard A. Zimmerman, Esq.
Attorney for Defendant
233 Broadway – Suite 2202
New York, NY 10279
Richard A. Zimmerman (RZ 0963)
(212) 962 -1818
Patrick C. Crilley (PC 9057)
*Of Counsel*
(212) 619-1919

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

AQUAROOTS SHIPPING CO. LTD.,                          **ECF CASE**

                              Plaintiff,

                                                      **07 Civ 7428 (RMB)**

              -against-

HANJIN TRANSPORTATION CO. LTD.                      **NOTICE OF**
d/b/a/ HANJIN CO. LTD.,                           **APPEARANCE**

                              Defendant.
--------------------------------------------------------x


To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the above
captioned defendants.

    I certify that I am admitted to practice in this court.

Dated:    New York, New York
          September 5, 2007


                         /s/ Richard A. Zimmerman
                         Richard A. Zimmerman (RZ-0963)
                         Attorney for Defendants
                         233 Broadway, Suite 2202
                         New York, NY 10279
                         (212) 962-1818
                         (240) 218-6456