```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

AQUAROOTS SHIPPING CO. LTD.,        ECF CASE

    Plaintiff,

    -against-        07 Civ 7428 (RMB)

HANJIN TRANSPORTATION CO. LTD.        STIPULATION
d/b/a/ HANJIN CO. LTD.,        AND ORDER
     OF DISMISSAL

    Defendant.
------------------------------------------------------------x

It is hereby stipulated and agreed by the undersigned counsel of record, that this action is discontinued as to all parties without prejudice and without costs as to any party.

It is further stipulated and agreed that,

WHEREAS, pursuant to a Writ of Attachment and Garnishment issued in this case on August 22, 2007, garnishee banks JPMorgan Chase Bank, Deutsche Bank, Bank of America and Citibank (the "Garnishees") have restrained assets belonging to the defendant.

Said Garnishees are HEREBY ORDERED to release the restraint upon defendant's assets and to remit any such restrained assets in accordance with joint written instructions to be provided to said Garnishees by the undersigned attorneys of record.

The Clerk of the Court shall close this case.

Dated:   New York, New York
         September 5, 2007

   Respectfully submitted,

   LENNON, MURPHY & LENNON, LLC
   Attorneys for Plaintiff,
   Aquaroots Shipping Co. Ltd.

   By:  _____
        Nancy R. Peterson, Esq. (NP-2871)
        The GrayBar Building
        420 Lexington Avenue, Suite 300
        New York, New York 10170
        (212) 490-6050

   RICHARD A. ZIMMERMAN
   Attorney for Defendant,
   Hanjin Transportation Co. Ltd.

   By:  _____
        Richard A. Zimmerman (RZ 0963)
        233 Broadway - Suite 2202
        New York, New York 10279
        (212) 962-1818 (Phone)

SO ORDERED, this 21st day of September, 2007.

_____
U.S.D.J.

Richard M. Berman